UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

|  |  |
|---|---|
| TIM CARSON & GABRIELLE GILLOTA, | : |
| : | CASE NO. 18-CV-373 |
| Plaintiffs, | : |
| : | |
| vs. | : OPINION & ORDER |
| : [Resolving Docs. 12, 14] |
| STATE FARM FIRE AND CASUALTY, | : |
| COMPANY, ET AL. | : |
| Defendants. | : |
| : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendants State Farm and American Structurepoint, Inc. ("ASI") have moved to dismiss several counts of Plaintiffs' complaint for failure to state a claim.[1] Plaintiffs, in addition to filing oppositions to these motions, filed a second amended complaint that attempts to resolve the pleading deficiencies raised by Defendants.[2] Plaintiffs filed their amended complaint prior to the Court's amendment deadline, and Defendants have not opposed this amendment.

Because Plaintiffs have filed a second amended complaint, Defendants' motions to dismiss Plaintiffs' first amended complaint are now moot.[3] The Court therefore **ACCEPTS** Plaintiffs' second amended complaint and **DENIES AS MOOT** Defendant State Farm's and Defendant ASI's motions to dismiss.

IT IS SO ORDERED

Dated: May 4, 2018         *s/      James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. 12 (ASI motion to dismiss unjust enrichment claim); Doc. 14 (State Farm motion to dismiss constructive fraud and negligent misrepresentation claims). Plaintiff opposes each of these motions. Docs. 24, 25.
[2] *See* Doc. 23 (second amended complaint).
[3] *See, e.g.*, *Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 & n.3 (W.D. Mich. 2008) (collecting cases).