Stipulated dismissal approved 8/21/18.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| TIM CARSON and GABRIELLE GILLOTA, on behalf of themselves and all others similarly situated, | CASE NO. 1:18-cv-00373 |
| | JUDGE JAMES S. GWIN |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Tim Carson and Gabriella Gillota, Defendant State Farm Fire and Casualty Company, and Defendant American Consulting, Inc., dba American Structurepoint, Inc., hereby stipulate that the above-captioned action shall be, and hereby is, voluntarily dismissed with prejudice, with each party bearing his, her or its own attorneys' fees and costs incurred herein.

Respectfully submitted,

*/s/ Thomas J. Connick*
Thomas J. Connick (OH #0070527)
Connick Law, LLC
25550 Chagrin Blvd., #101
Beachwood, OH 44122
Telephone: 216-364-0512
Facsimile: 216-609-3445
E-mail: tconnick@connicklawllc.com

*Attorneys for Plaintiffs*

*/s/ Sondra A. Hemeryck*
Joseph A. Cancila, Jr.
Sondra A. Hemeryck
Riley Safer Holmes & Cancila LLP
70 W. Madison St., Suite 2900
Chicago, IL 60602
Telephone: 312-471-8700
Facsimile: 312-471-8701
E-mail: jcancila@rshc-law.com
  shemeryck@rshc-law.com